IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| SEATTLE BANK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:22-cv-01036-O |
| | § | |
| LYNDA M. DULWORTH, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that Plaintiff's Motion for Entry of Default Judgment (ECF No. 22) is **GRANTED,** and **default judgment** is **ENTERED** in favor of Plaintiff Seattle Bank against Defendant Lynda M. Dulworth.

It is further **ORDERED** that Plaintiff's Motion for Entry of Agreed Judgment with Attorney Ad Litem as to Defendant Jason W. Dulworth (ECF No. 24) is **GRANTED**.

Final judgment as to Lynda M. Dulworth and the Agreed Judgment (ECF No. 24-1) will be **ENTERED** hereafter by separate orders.

**SO ORDERED** this **28th day** of **December, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE